

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/08/2016

| | |
|---|---|
| IN RE: § | |
| PT USA LP § | CASE NO: 16-31795 |
| Debtor(s) § | |
| § | CHAPTER 11 |

### ORDER TRANSFERRING CASE

On April 8, 2016, the Court denied Suncoast Post-Tension, Ltd.'s motion to dismiss this chapter 11 case. Immediately following the denial, the United States Trustee advised the Court that this case might be substantially related to Case 16-31442, pending before Judge Jones.

There is a pending motion to allow payment of certain pre-petition claims. The parties are discussing settlement.

This case is transferred to the Honorable David Jones. The parties should appear before Judge Jones for a hearing on the motion to pay pre-petition claims at 1:30 p.m. on April 8, 2016.

SIGNED **April 8, 2016.**

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE

1 / 1