


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/08/2016

| IN RE: | § | |
|---|---|---|
| | § | CASE NO: 16-31795 |
| PT USA LP | § | CHAPTER 11 |
| | § | |
| Debtor(s). | § | DAVID R. JONES |

## AGREED ORDER
(Docket No. 5)

Upon the motion dated April 6, 2016 (the "Motion"), of Debtor PT USA, LP for entry of an order authorizing the Debtor to pay certain prepetition (a) wages, salaries and other compensation; (b) employee benefits; and (c) for certain related relief; and upon the Declaration of Sandeep Patel, Manager of the General Partner of Debtor, and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtor, their estate, their creditors and other parties in interest; and the Court having found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion was appropriate and no other notice need be provided; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Debtor is authorized to pay pre-petition salary and wages as requested in the Motion, excluding pre-petition wages or salary for Pete Scoppa and Nauka Patel, and continue post-petition employee related programs in the ordinary course of business. The payment of pre-petition salary and wages will come out of the Debtor's current cash on hand or other sources, but shall not be paid out of any cash collateral or secured funds of any creditor, including Suncoast Post-Tension, Ltd., pending further orders of this Court.

2. All applicable banks and other financial institutions — with the exception of any banks or financial institutions that are currently holding garnished funds pursuant to Cause No. 2016-11828; In the 61st Judicial District Court of Harris County, Texas — are authorized to receive, process, honor and pay any and all checks and transfer requests evidencing amounts paid by the Debtor under this Order, whether presented prior to or after the Petition Date, in accordance with, and with the protections granted in, any order approving the Debtor's use of their cash management system filed in these chapter 11 cases.

3. The Debtor is authorized to pay Southland Moving Company $29,954.46 to effectuate the release of Debtor's material, equipment, and records as specifically indicated on Exhibit "A," which the Court authorizes the Debtor to retrieve pursuant to this Order, and which material, equipment, and records are numbered as follows:

**Nos. 78-81, 161-162, 164, 166-179**

4. As adequate protection, Suncoast Post-Tension, Ltd., is hereby granted a post-petition replacement lien in accordance with Bankruptcy Code Sec. 361(2), in the items specified in paragraph 3 and Exhibit "A."

5. The contents of the Motion satisfy the requirements set forth in Bankruptcy Rules 6003(b) and 6004(a).

6. Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry, (ii) the Debtor is not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order, and (iii) the Debtor may, in its discretion and without further delay, take any action and perform any act authorized under this Order.

7. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

8. All other relief requested by Debtor has been withdrawn.

**SIGNED: April 8, 2016.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

# Inventory List

## Orange Tagged

1. 1/2" Extruded Strand Grade 270K – 1 Roll
2. 1/2" Extruded Strand Grade 270K – 1 Roll
3. 1/2" Extruded Strand Grade 270K – 1 Roll
4. 1/2" Extruded Strand Grade 270K – 1 Roll
5. 1/2" Extruded Strand Grade 270K – 1 Roll
6. 1/2" Extruded Strand Grade 270K – 1 Roll
7. Galvanized ASTM A416, 270K
8. Galvanized ASTM A416, 270K
9. Galvanized ASTM A416, 270K
10. Galvanized ASTM A416, 270K
11. Galvanized ASTM A416, 270K
12. Galvanized ASTM A416, 270K
13. Galvanized ASTM A416, 270K
14. Galvanized ASTM A416, 270K
15. Galvanized ASTM A416, 270K
16. Galvanized ASTM A416, 270K
17. Galvanized ASTM A416, 270K
18. Galvanized ASTM A416, 270K
19. Galvanized ASTM A416, 270K
20. 101 Center Floor Level 2 Pour 2 Uniforms
21. Pallet of Used Cable
22. Large Roll Banded, 320-C
23. Large Roll Banded, 231-C
24. Large Roll Banded, Uncoated Cable
25. BPT Coil #821
26. BPT Coil #824
27. Pallet of Spare Cable
28. BPT Coil #848
29. 1/2" Extruded Strand Grade 270K – 1 Roll
30. Coil Strand w/ Coil
31. 101 Center Floor Area 2 Pour Bands
32. 101 Center Floor Level 2 Pour 4 Bands
33. Alexan 5151 Floor B-7 Pour 3 Uniforms
34. 1/2" Extruded Strand Grade 270K – 1 Roll
35. Coil Strand w/ Coil
36. 1/2" Extruded Strand Grade 270K – 1 Roll
37. Alexan 5151 Floor B-7 Pour 1 Uniform
38. Alexan 5151 Floor B-7 Pour 7 Band
39. Residence at Azelea 11 Floor Level 15 Pour A-Bands
40. Alexan 5151 Floor B-7 Pour 7 Band
41. 1 Banded Roll of Cable, No Tag

**EXHIBIT "A"**

42. 101 Center Floor Level 2 Pour 3-Bands
43. Alexan 5151 Floor B-7 Pour 2 Band
44. Residence at Azelea 11 Floor Level 15 Pour A-Uniforms
45. Alexan 5151 Floor B-7 Pour 1 Uniform
46. Residence at Azelea 11 Floor Level 15 Pour B-Uniforms
47. 101 Center Floor Level 2 Pour 3-Bands
48. Alexan 5151 Floor B-7 Pour 2 Band
49. Residence at Azelea 11 Floor Level 15 Pour A-Bands
50. 4 Bundles x 100 + 1x80
51. 4,400 Qnt. Split Tubing
52. 1 Pallet, Part #H004946
53. Intersectional Chair 1.50, Qty. 1,000
54. ½ Pallet of Intersectional Chair 1.50
55. 1 Pallet, 2" 500x14; 7,000
56. 1 Pallet, Order #80022
57. 1 Pallet, Order #80024
58. ½ Pallet of 2" 500x14 Intersectional Chair
59. 1 Pallet, Tube 12 CLR w/seal, 800/box
60. 1 Pallet of 2" 500x14 Intersectional Chair
61. (216);125;175;225;250;350;150;300;375
62. 1 Pallet, Order #83044
63. 1 Pallet, Order #83099
64. 1 Pallet, H000438 Anchor, 0.5 Encap
65. P/K Form 2
66. H004246
67. 1 Pallet, Order #83169
68. 1 Pallet, Order #83169
69. H004946 PK Form 2
70. 1 Pallet, H000436
71. 1 Pallet, Order #83045
72. ½ Pallet of Intersectional Chair
73. 2,900 Concrete Anchors
74. 1 Box, Posi-Lock Plus Anchorages
75. 1 Metal Rack of Cable
76. 1 Pallet of 3.00" Intersectional Chair, Qty. 8,000
77. H000438 Anchor Encaps, 1 Pallet
78. Round Metal Cable Racks w/ Cable
79. Round Metal Cable Racks w/ Cable
80. Round Metal Cable Racks w/ Cable
81. Round Metal Cable Racks w/ Cable
82. Forum Fitzsimons Floor Pour 13 Pour Slab and Beams
83. 1 Pallet of 132-F Cable
84. 101 Center Floor Level 2 Pour 2-Uniforms
85. 1 Pallet of H000396
86. 1 Pallet of H000436 Anchor Encaps

| | |
|---|---|
| 87. | Alexan Cherry Creek Level B-2 Pour 4-6 |
| 88. | 1 Pallet of H000438 Anchor Encaps |
| 89. | ½ box of H000438 Anchor Encaps |
| 90. | 1 Pallet, Order #AW451 |
| 91. | 1 Pallet of H000438 w/ Misc. Parts |
| 92. | 1 Pallet of H0005247 Anchor Assembly |
| 93. | 1 Pallet of H000438 Anchor Assembly |
| 94. | 1 Pallet, ½ H000445 ½ Intersectional Chair |
| 95. | 1 Pallet of Alexan Cherry Creek Level B-2 Pour 4-6/15155AI |
| 96. | 1 Pallet of H000436 |
| 97. | 1 Pallet of H000436 |
| 98. | 1 Pallet of H000436 |
| 99. | 1 Pallet of H000436 |
| 100. | 1 Pallet of Misc. Code 15349AI |
| 101. | 1 Pallet of H000445 |
| 102. | 1 Large Box on Pallet w/ Misc. and Encaps |
| 103. | 1 Large Box on Pallet Concrete Anchors |
| 104. | 1 Pallet of H000438 |
| 105. | 1 Pallet of H000438 |
| 106. | 1 Pallet, 15 Pieces of Hydraulic Equipment |
| 107. | Large Box of Misc. Extension Cords |
| 108. | 1 Pallet of Intersectional Chair |
| 109. | 1 Pallet of H000436 |
| 110. | 1 Pallet of H000445 |
| 111. | 1 Pallet of H000445 |
| 112. | 1 Pallet of H000438 |
| 113. | 1 Box of DuraForm Concrete Void |
| 114. | 1 Pallet of SureLock Part #501405 |
| 115. | 1 Pallet STUD B-7 Measure End/End |
| 116. | H000436 |
| 117. | H000436 |
| 118. | H000436 |
| 119. | Intersectional Chair |
| 120. | Intersectional Chair |
| 121. | Alexan Downtown 1509 Code 16047AI |
| 122. | 1 Pallet of H000445 |
| 123. | 1 Pallet of Concrete Anchors |
| 124. | 1 Pallet of Concrete Anchors |
| 125. | H000445 |
| 126. | 1 Pallet of Wedge, 0.500, OTV |
| 127. | 1 Pallet Concrete Anchors |
| 128. | H000436 |
| 129. | 1 Pallet of Diseal Baler Twine |
| 130. | 1 Pallet of H000436 |
| 131. | 1 Pallet of H000445 |

| | |
|---|---|
| 132. | 1 Pallet of H000396 |
| 133. | 1 Pallet of H000438 |
| 134. | 1 Pallet of Bath Tissue and Paper Towels |
| 135. | 1 Pallet of H000436 |
| 136. | 1 Pallet of H000438 |
| 137. | INT Anchors |
| 138. | 1 Pallet of H000445 |
| 139. | 1 Pallet of Order #83169 |
| 140. | 1 Pallet of Order #83169 |
| 141. | 1 Pallet of Order #83169 |
| 142. | H000438 Anchor Encaps |
| 143. | Warehouse Metal Rack w/ Misc. Equipment |
| 144. | Green 2-Wheel Dolly |
| 145. | BPT Coil #844 |
| 146. | BPT Coil #843 |
| 147. | 1 Pallet, Unmarked |
| 148. | 1 Pallet of H000445 |
| 149. | 1 Pallet of H000445 |
| 150. | 1 Pallet of Order #82516 |
| 151. | 1 Pallet of Order #83042 |
| 152. | 1 Pallet of H000445 |
| 153. | 1 Pallet of Order #83023 |
| 154. | 1 Pallet of Order #83022 |
| 155. | 1 Pallet of Order #82516 |
| 156. | 1 Pallet of H000436 |
| 157. | 1 Pallet of Order #83117 |
| 158. | 1 Pallet of H000445 |
| 159. | 1 Pallet of H000445 |
| 160. | 1 Pallet of H000445 |
| (161.) | 1 Piece of Heavy Machine was Bolted to the Concrete |
| (162.) | 1 Piece of Heavy Machine was Bolted to the Concrete |
| 163. | 1 Pallet of Unmarked Boxes and Metal |
| (164.) | Heavy Metal Table w/ 1 Coil on It |
| 165. | H004940 |
| (166.) | 2 Forklift (Forks) |
| (167.) | Fortis Hyster 120 Coil Lift |
| (168.) | Hyster 12 Forklift |
| (169.) | Ingersoll Rand Air Compressor |
| (170.) | Husky Air Compressor |
| (171.) | Large Box of Files |
| (172.) | Gondola of Files |
| (173.) | Gondola of Blueprints |
| (174.) | Gondola of Files |
| (175.) | Gondola of Files |
| (176.) | Gondola of Files |

177. Gondola of Files
178. File Cabinet
179. File Cabinet