**Fill in this information to identify the case:**

Debtor name __PT USA, LP__

United States Bankruptcy Court for the: __Southern__ District of __TX__
(State)

Case number (If known): __16-31795__

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Texas Comptroller's Office  1919 N. Loop W. #510  Houston, TX 77008 | | Sales Tax | | | | $278,256.60 |
| 2 | ABF Freight  P.O. Box 10048  Fort Smith, AK 72917-0048 | Erin Douty  edoughty@freight.abf.com | Trade Debt | | | | $3,717.90 |
| 3 | Air Gas  P.O. Box 1152 Tulsa, OK 74101 | | Trade Debt | | | | $229.68 |
| 4 | Archive Supplies  8925 Sterling St. Ste 150  Irving, TX 75063 | Alex Rodriguez  alex@archivesupplies.com | Trade Debt | | | | $410.48 |
| 5 | Builders Post-Tension  403 Richey Rd. Houston, TX 77090 | Theresa McCampbell  281-873-9500  TMcCampbell@builderspt.com | Trade Debt | | | | $625,789.00 |
| 6 | CINTAS Corporation  P.O. Box 650838 Dallas, TX 75265 | Natalie Irby  713-856-1941  irbyn@cintas.com | Trade Debt | | | | $385.75 |
| 7 | Decon USA  103 East Napa St., Ste. B  P.O. Box 1486 Sonoma, CA 95476 | Karen Hammill  843- 525-1860  karenh@decon.ca | Trade Debt | | | | $252,977.50 |
| 8 | Expedited Logistics and Freight  P.O. Box 62127 Houston, TX 77205 | Ashley Fendley  281-442-3323  afendley@elfsfreight.com | Trade Debt | | | | $2,606.85 |

Debtor     PT USA, LP                               Case number (*if known*)  16-31795
           Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Flickenger Machine<br>802 Old Genoa Red Bluff<br>Houston, TX 77034 | | Trade Debt | | | | $3,484.14 |
| 10 | General Technologies, Inc.<br>P.O. Box 1503 Stafford, TX 77497 | Gladys Saenz<br>gsaenz@gti-usa.net | Trade Debt | | | | $24,439.15 |
| 11 | Homeland Staffing, Inc.<br>P.O. Box 96289 Houston, TX 77213 | Gracie Araiza<br>713-681-8700<br>garaiza@staffwithus.com | Professional Services | | | | $1,407.25 |
| 12 | Interra Management Company | | Lease | | | | $13,618.02 |
| 13 | Jobsite Stud Welding<br>9455 Washburn Road<br>Downey, CA 90242 | | Trade Debt | | | | $8,815.00 |
| 14 | Ready Refresh by Nestle<br>P.O. Box 856680<br>Louisville, KY 40285-6680 | | Trade Debt | | | | $75.75 |
| 15 | Suncoast Post-Tension, Ltd.<br>c/o Wells & Cuellar<br>440 Louisiana Ste. 718<br>Houston, TX 77002 | Brent Wells/James Cuellar<br>713-222-1281<br>bwells@wellscuellar.com | Judgment | | | | $9,034,173.52 |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |