**Fill in this information to identify the case:**

Debtor name __PT USA, LP__

United States Bankruptcy Court for the: __Southern__ District of __TX__
(State)

Case number (If known): __16-31795__

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>Suncoast Post-Tension, Ltd. | Describe debtor's property that is subject to a lien<br>Cadence Bank, NA funds on account | $ 89,536.59 | $ |
| Creditor's mailing address<br>C/O Wells & Cuellar<br>440 Louisiana Ste. 718 Houston, TX 77002 | Describe the lien<br>Post-judgment garnishment | | |
| Creditor's email address, if known<br>bwells@wellscuellar.com | Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| Date debt was incurred   12/11/2015<br>Last 4 digits of account number   2 0 7 1 | Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| **2.2** Creditor's name<br>Suncoast Post-Tension, Ltd. | Describe debtor's property that is subject to a lien<br>Cadence Bank, NA funds on account | $ 10,289.93 | $ |
| Creditor's mailing address<br>C/O Wells & Cuellar<br>440 Louisiana, Ste. 718  Houston, TX 77002 | Describe the lien<br>Post-judgment garnishment | | |
| Creditor's email address, if known<br>bwells@wellscuellar.com | Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| Date debt was incurred   12/11/2015<br>Last 4 digits of account number   2 0 8 9 | Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor, and its relative priority.<br>  ☐ Yes. The relative priority of creditors is specified on lines ____ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $ 668,786.52

Official Form 206D              Schedule D: Creditors Who Have Claims Secured by Property              page 1 of 3

Debtor    PT USA, LP
              Name

Case number (if known) 16-31795

### Part 1: Additional Page

Column A
Amount of claim
Do not deduct the value of collateral.

Column B
Value of collateral that supports this claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._3** Creditor's name
Suncoast Post-Tension, Ltd.

Describe debtor's property that is subject to a lien
Cadence Bank, NA funds on account

$ 9,960.00          $

Creditor's mailing address
C/O Wells & Cuellar
440 Louisiana, Ste. 718 Houston, TX 77002

Describe the lien
Post-judgment garnishment

Creditor's email address, if known
bwells@wellscuellar.com

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred  12/11/2015
Last 4 digits of account number  2 0 9 7

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

**2._4** Creditor's name
Suncoast Post-Tension, Ltd.

Describe debtor's property that is subject to a lien
Wells Fargo, NA funds on account

$ 19,000.00          $

Creditor's mailing address
C/O Wells & Cuellar
440 Louisiana, Ste. 718 Houston, TX 77002

Describe the lien
Post-judgment garnishment

Creditor's email address, if known
bwells@wellscuellar.com

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred  12/11/2015
Last 4 digits of account number  0 3 0 8

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 2 of 3

Debtor: **PT USA, LP**
Name

Case number (if known): 16-31795

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — Amount of claim (Do not deduct the value of collateral.)
Column B — Value of collateral that supports this claim

**2.5** Creditor's name: Suncoast Post-Tension, Ltd.

Creditor's mailing address:
C/O Wells & Cuellar
440 Louisiana, Ste. 718 Houston, TX 77002

Creditor's email address, if known: bwells@wellscuellar.com

Date debt was incurred: 3/31/2016
Last 4 digits of account number: ___ ___ ___ ___

Describe debtor's property that is subject to a lien: Inventory and equipment

$ _____    $ 540,000.00

Describe the lien: Post-judgment writ of execution

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**2._** Creditor's name: _____

Creditor's mailing address: _____

Creditor's email address, if known: _____

Date debt was incurred: _____
Last 4 digits of account number: ___ ___ ___ ___

Describe debtor's property that is subject to a lien: _____

$ _____    $ _____

Describe the lien: _____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____