**Fill in this information to identify the case:**

Debtor name __PT USA LP__

United States Bankruptcy Court for the: __Southern__ District of __Texas__
(State)

Case number (If known): __16-31795__

☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals 12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $ 0

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $ 3,070,110.29

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... $ 3,070,110.29

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............ $ 668,786.52

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................... $ 278,256.60

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................... + $ 9,992,409.99

4. **Total liabilities**..........................................................................................................................
   Lines 2 + 3a + 3b $ 10,939,453.11

Official Form 206Sum      Summary of Assets and Liabilities for Non-Individuals      page 1